UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOUNTAINSIDE MANOR REAL REAL ESTATE ASSOCIATES, LLC, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-506 |
| v. | : | (JUDGE MANNION) |
| DALLAS TOWNSHIP, | : | |
| Defendant | : | |

## <u>O R D E R</u>

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: the defendant's motion to dismiss **(Doc. 9)** is **GRANTED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 29, 2021**
20-506-01-ORDER